McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

MAY - 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) MAG. NO. 09-148-dad
        Plaintiff, )
    v. )
 ) MOTION TO UNSEAL COMPLAINT,
ERIC G. PIOTROWSKI, ) AFFIDAVIT AND ARREST WARRANT
        Defendant. ) AND (proposed) ORDER
_____)

**MOTION**

HEREBY, the United States moves that this Court enter an order to unseal the complaint, affidavit, and arrest warrant in the above captioned matter. Defendant Piotrowski was arrested this morning obviating further need for sealing these documents.

DATED: May 8, 2009

LAWRENCE G. BROWN
Acting U.S. Attorney

/s/ Michelle Rodriguez
By_____
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**ORDER**

The United States' motion to unseal the complaint, affidavit, and arrest warrant in MAG No. 09-148-dad is GRANTED.

DATED: May 8, 2009

_____
HON. DALE A. DROZD
U.S. Magistrate Court Judge