UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
May 8, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
Plaintiff, )
v. )
)
FRANKLYN MCKESSON, )
)
Defendant. )

Case No. 2:09MJ00148-JAM

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __FRANKLYN MCKESSON__ , Case No. __2:09MJ00148-JAM__ , Charge __18USC § 1512(b)(3)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 ___ Release on Personal Recognizance

 ___ Bail Posted in the Sum of $_____

 X Unsecured Appearance Bond *10,000.00*

 ___ Appearance Bond with 10% Deposit

 ___ Appearance Bond with Surety

 ___ Corporate Surety Bail Bond

 ✔ (Other) __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 8, 2009__ at __2:00 pm__ .

By /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Copy 5 - Court